# In The United States Court of Federal Claims

Cover Sheet 05-1382L

Plaintiff(s) or Petitioner(s) SANTEE SIOUX TRIBE

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] JEFFREY M. HERMAN

Firm Name: HERMAN & MERMELSTEIN, P.A.

Post Office Box: 18205 Biscayne Boulevard

Street Address: Suite 2218

City-State-Zip: Miami, Florida 33160

Telephone & Facsimile Numbers: T: 305-931-2200 F: 305-931-0877

E-mail address: jherman@hermanlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 5 0 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: D 0 I

See attached Sheet for three digit code.

Amount Claimed: $ To Be Determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s).