IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANTEE SIOUX TRIBE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-1382L |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendant United States of America respectfully moves this Court for a 30-day enlargement of time, to and including March 30, 2006, within which to file an Answer or otherwise respond to the Complaint. This motion is Defendant's first such motion. The grounds for this motion are as follows:

1. Plaintiff filed this case on December 29, 2005. The Answer or response is currently due February 28, 2006.

2. Defendant requires the additional time because counsel for Defendant will have adequate time to complete preparation of the papers, obtain the appropriate review of the papers at the Department of Justice and the Department of the Interior, as well as the Department of the Treasury. Undersigned counsel and co-counsel for Defendant have been and continue to be preoccupied with other unrelated litigation, not only in this Court but also in the United States District Court for the District of Columbia. Additionally, the attorney from the Solicitor's Office for the Department of the Interior who is assigned as agency counsel in this case has been and continues to be busy with unrelated litigation in this Court. Further, she was and will be on business-related travel.

3. Co-counsel for Defendant Anthony P. Hoang contacted counsel for Plaintiff Stuart Mermelstein about this motion on February 24, 2006. Mr. Mermelstein authorized counsel for Defendant to state that Plaintiff does not oppose this motion.

4. On the one hand, the granting of this unopposed motion will not unduly prejudice the rights and interests of the parties in this case. On the other hand, the denial of this motion will adversely affect the ability of Defendant to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendant respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted this 24th day of February, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney of Record for Defendant

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240