IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANTEE SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1382L |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion for enlargement of time within which to file an Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. Defendant's unopposed motion for enlargement of time should be and hereby is GRANTED;

2. Defendant shall have to and including March 29, 2006, within which to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ______________________________ ______________________________________

Judge, United States Court of Federal Claims