IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANTEE SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 05-1382L<br>Chief Judge Edward J. Damich |

**PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME**
**WITHIN WHICH TO FILE JOINT PRELIMINARY STATUS REPORT**

Pursuant to the United States Court of Federal Claims Rule ("RCFC") 6.1, Plaintiff Santee Sioux Tribe and Defendant United States of America respectfully submit this joint motion for a 120-day enlargement of time, to and including September 19, 2006, within which to file a Joint Preliminary Status Report ("JPSR") in the case. This joint motion is the parties' first such motion. The grounds for the joint motion are as follows:

1. Plaintiff filed this case on December 29, 2005. On February 28, 2006, this Court granted Defendant's unopposed motion for an enlargement of time within which to answer or otherwise respond. Based on the enlargement of time, Defendant filed its Answer on March 29, 2006. Pursuant to RCFC Appendix A, ¶¶ 3-4, the parties are obligated to confer and file a JPSR on May 22, 2006.

2. Plaintiff has filed a parallel case for declaratory and injunctive relief in the United States District Court for the District of Columbia, Santee Sioux Tribe v. Norton, No. 1:03cv01602 (D.D.C.) (RCL). After the filing of that case in 2003, the parties agreed that they would engage in settlement discussions. The scope of those proposed settlement discussions would include the issues and claims that Plaintiff has raised in this case.

3. The parties require additional time to confer and determine their positions regarding the proposed settlement discussions, as well as the issues identified in RCFC Appendix A, ¶¶ 3 - 4. Additionally, the parties require additional time to ensure that they will have an adequate opportunity to draft the JPSR, review the draft JPSR with their clients and client agencies; and finalize and file the JPSR.

4. On the one hand, the granting of this unopposed motion will not unduly prejudice the rights and interests of the parties in this case. On the other hand, the denial of this motion will adversely affect the ability of parties to assess the issues, prepare the necessary drafts, and obtain the appropriate review of the JPSR before filing.

WHEREFORE, the parties respectfully requests that their joint motion be GRANTED and the Court issue an Order that the parties have to and including September 19, 2006, within which to file the JPSR, pursuant to RCFC Appendix A, ¶ 4.

Respectfully submitted this 15th day of May, 2006,

*s/ Stuart S. Mermelstein*
JEFFREY M. HERMAN
STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney for Defendant

OF COUNSEL:

ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240