# In the United States Court of Federal Claims

No. 05-1382 L

(Filed: May 18, 2006)

| | |
|---|---|
| ********************************** | |
| | * |
| **SANTEE SIOUX TRIBE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

On May 15, 2006, the Parties filed a Joint Motion for Enlargement of Time Within Which to File Joint Preliminary Status Report. In the motion, the Parties requested the Court to extend the due date for the JPSR until September 19, 2006, because the Parties are currently engaged in settlement discussions in *Santee Sioux Tribe v. Norton*, No. 1:03 cv 01602, filed in the United States District Court for the District of Columbia in 2003. The scope of those settlement discussions encompasses the issues and claims in this case. The Parties' motion is GRANTED IN PART.

The Court ORDERS the Parties to file the JPSR on or before **June 23, 2006**.

The Court further ORDERS the Parties to file a Joint Status Report on or before **June 2, 2006**, detailing the status of the settlement discussions (including, *inter alia*, when settlement negotiations began, how frequently the parties have met or exchanged proposals) and what the Parties expect to be achieved in the requested 120-day stay period.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge