IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANTEE SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 05-1382L<br>Chief Judge Edward J. Damich |

**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS**

WHEREAS Plaintiff Santee Sioux Tribe has filed this case alleging the mismanagement of their trust funds and trust assets, and requesting monetary relief;

WHEREAS Defendant United States of America has filed its Answer in the case;

WHEREAS Plaintiff and Defendants (the parties) have agreed to enter into discussions which they believe might result in a settlement of the matters at issue in this case, without resort to further litigation that would place an undue burden of time or expense upon the Court;

WHEREAS the parties intend to conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties will clearly mark all written communications relating to their settlement discussions with the label "Confidential Settlement Discussions—Do Not Disclose";

WHEREAS the parties agree that their ability to engage in settlement discussions in this case will be severely hampered and constrained if they cannot rely on the expectation that their settlement discussions will be kept confidential; and

WHEREAS the parties agree that their ability to resolve the matters at issue in this case,

in an efficient manner, so as to conserve the Court's resources, as well as their own, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential;

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the Department of the Interior, the Department of the Treasury, and the Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

2. Until further order of this Court, this Joint Stipulation and Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted on this 30th day of May, 2006,

*s/ Stuart S. Mermelstein*
JEFFREY M. HERMAN
STUART S. MERMELSTEIN
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Tel: (305) 931-2200
Fax: (305) 931-0877

Attorney for Plaintiff

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:
ANTHONY P. HOANG
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division

ELISABETH C. BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

**[PROPOSED] ORDER**

SO ORDERED.

Date: ______________________________ ______________________________________
CHIEF JUDGE EDWARD J. DAMICH
United States Court of Federal Claims

The following counsel should be informed of the entry of this Order:

Jeffrey M. Herman
Stuart S. Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Jennifer L. Allaire
Anthony P. Hoang
Martin J. LaLonde
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021