# In the United States Court of Federal Claims

No. 05-1382 L

(Filed: May 31, 2006)

**********************************

**SANTEE SIOUX TRIBE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**********************************

**ORDER**

On May 30, 2006, the Parties filed a Joint Stipulation Regarding Confidentiality of Settlement Discussions. There is no provision in the Rules of the U.S. Court of Federal Claims for the filing of this item. Therefore, the filing is stricken from the docket.

The Court ORDERS the Parties to file a Joint Motion for Protective Order on or before **June 16, 2006**. In the motion, the Parties shall brief the Court on: (1) the legal precedent allowing the Court to issue an order to protect settlement communications; (2) the legal precedent allowing the Court to issue an order to protect documents from requests under the Freedom of Information Act; and (3) the justification for the Parties' request that the protective order continue indefinitely rather than for a fixed period of time. Attached to the motion, the Parties shall provide a draft protective order setting forth the terms the Parties propose.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge