# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**SANTEE SIOUX TRIBE** CIVIL CASE NO. 05-1382L

Plaintiff,

v.

**THE UNITED STATES**
**OF AMERICA,**

Defendant.

________________________________/

**HERMAN & MERMELSTEIN, P.A.'s UNOPPOSED**
**MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

COMES NOW, the law firm of HERMAN & MERMELSTEIN, P.A., counsel for Plaintiff, SANTEE SIOUX TRIBE, and hereby files this Unopposed Motion to Withdraw as Plaintiff's Counsel, and as grounds therefore, states as follows:

1. There exist irreconcilable differences between Herman & Mermelstein, P.A. and Plaintiff, SANTEE SIOUX TRIBE, with regard to the above-styled matter.

2. Accordingly, the undersigned hereby requests that this Court permit the law firm of HERMAN & MERMELSTEIN, P.A. to withdraw from representation of the Plaintiff, and that this Court enter an Order that said counsel is relieved from any further responsibility in this cause.

3. This Motion is filed in good faith and is not intended for purposes of harassment or delay.

4. A proposed Order is attached hereto as Exhibit "A".

WHEREFORE, HERMAN & MERMELSTEIN, P.A. requests this Court enter an Order allowing it to withdraw as counsel for Plaintiff, SANTEE SIOUX TRIBE and relieving it from

any further responsibility in this cause.

DATED THIS 30th day of June, 2006.

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33021
Telephone (305) 931-2200
Facsimile: (305) 931-0877

By: s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
STUART S. MERMELSTEIN, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Jennifer Leigh Allaire**
U.S. Department of Justice
601 D Street, NW
Washington, DC 20008
(202) 305-0456
(202) 353-2021 (fax)
**jennifer.allaire@usdoj.gov.**

and sent via U.S. Mail to the following:

SANTEE SIOUX TRIBE
108 Spirit Lake Avenue West
Niobrara, NE 68760-7219

and

425 Frazier Avenue N Suite 2
Niobrara, Nebraska 68760

s/ Jeffrey M. Herman .