# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**SANTEE SIOUX TRIBE** CIVIL CASE NO. 05-1382L

Plaintiff,

v.

**THE UNITED STATES**
**OF AMERICA,**

Defendant.

________________________________/

**ORDER GRANTING HERMAN & MERMELSTEIN, P.A.'S**
**UNOPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

This matter having come before this Court on Herman & Mermelstein, P.A.'s Unopposed Motion to Withdraw as Plaintiff's Counsel, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Herman & Mermelstein, P.A.'s Motion is GRANTED. Herman & Mermelstein, P.A. shall be relieved from any further responsibility in this cause.

IT IS SO ORDERED.

DONE this _____ day of _________________ 2006.

_______________________________________
CHIEF JUDGE EDWARD J. DAMICH

Copies furnished to:
Jennifer Leigh Allaire, Esquire
Jeffrey M. Herman, Esquire