# In the United States Court of Federal Claims

No. 05-1382 L

(Filed: July 5, 2006)

**********************************
*
**SANTEE SIOUX TRIBE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On June 30, 2006, Plaintiff's counsel filed an Unopposed Motion to Withdraw as Plaintiff's counsel. In the motion, Plaintiff's counsel failed to indicate that notice of withdrawal had been served on Plaintiff pursuant to Rule 83.1(c)(6) of the Rules of the U.S. Court of Federal Claims ("RCFC").

The Court hereby ORDERS Plaintiff's counsel to file notice with the court on or before **July 12, 2006**, that a copy of this order has been delivered to Plaintiff. Upon filing of the notice, Plaintiff's counsel's motion will be granted.

The Court further ORDERS Plaintiff to obtain new counsel as required pursuant to RCFC 83.1(c)(8), and the new counsel to file a motion to appear, on or before **September 5, 2006**. If a motion to appear by new counsel is not received by that date, the Court will dismiss the case for failure to prosecute.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge