**U.S. Department of Justice**

Environment and Natural Resources Division

90-2-4-11017, 90-2-20-11786

*Anthony P. Hoang*
*(202) 305-0241 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

June 27, 2006

***BY TELEFAX AND REGULAR MAIL***

Stuart Mermelstein
HERMAN & MERMELSTEIN, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL 33160
Fax: (305) 931-0877

Re: Santee Sioux Tribe v. Kempthorne, No. 1:04-cv-01602 (D.D.C.) (RCL), and Santee Sioux Tribe v. United States, No. 05-1382L (Fed. Cl.)

Dear Mr. Mermelstein:

As Jenn Allaire and I discussed with you earlier today, we have received a copy of a letter from the Tribal Council to Jeffrey Herman, dated June 22, 2006, which encloses a Tribal resolution, also dated June 22, 2006, terminating the contract between the Tribe and your firm. We attach hereto a copy of the Tribal Council's letter and resolution, as you have requested.

We understand that you intend to file a motion to withdraw as counsel in the Tribe's two cases. As we indicated, we believe that this needs to be accomplished as soon as possible, by no later than June 29, 2006, given the parties' impending filing deadlines in the Tribe's case in the Court of Federal Claims.

Thank you for your attention to this matter. Please call us if you have any questions.

Sincerely,

Anthony P. Hoang

Anthony P. Hoang
Senior Counsel

Encl.

cc(w/encl.): Martin LaLonde
Jennifer Allaire
Elisabeth Brandon
Teresa Dawson

JUN-23-2006 08:40AM FROM-Bureau of Indian Affairs 402-878-2943 T-439 P.003/005 F-253
06/23/2006 08:47 FAX 402 857 2332 BIA FIELD OFFICE → BIA WINNEBAGO 004

# Santee Sioux Nation

COUNCIL HEADQUARTERS / MUSEUM

Chairman: Roger Trudell
Vice Chairman: David Henry
Treasurer: Robert Campbell
Secretary: Wyatt Thomas

108 Spirit Lake Avenue West
Niobrara, NE 68760-7219
Phone: (402) 857-2772
FAX: (402) 857-2779

2006 JUN 23 AM 9 12

June 22, 2006

Jeffrey M. Herman
Herman and Mermelstein, PA
3230 Stirling Road
Suite One
Hollywood, FL 33201

Re: Santee Sioux Nation of Nebraska

Dear Mr. Herman:

After careful consideration, the Tribal Council has decided to terminate the Tribe's contract with Herman & Mermelstein, PA. I will contact you regarding the tribe's legal files upon locating substitute counsel.

Should you have any questions regarding this issue, please direct them to me at (402) 857-2772.

Sincerely,

Roger Trudell, Chairman
Santee Sioux Nation

# Santee Sioux Nation

COUNCIL HEADQUARTERS / MUSEUM

Chairman: Roger Trudell
Vice Chairman: David Henry
Treasurer: Robert Campbell
Secretary: Wyatt Thomas

108 Spirit Lake Avenue West
Niobrara, NE 68760-7219
Phone: (402) 857-2772
FAX: (402) 857-2779

2006 JUN 23 AM 9 12

## RESOLUTION
## OF THE
## SANTEE SIOUX NATION

Resolution No. 49 -06

**WHEREAS:** the Santee Sioux Nation is a federally-recognized Indian Tribe pursuant to Section 16 of the Act of June 18, 1934, (48 Stat. 984), codified at 25 U.S.C. 476, et seq., as Amended by the Act of June 15, 1935, (49 Stat. 378); and

**WHEREAS:** the Santee Sioux Nation Tribal Constitution, amended on August 30, 2002 by Secretarial Election, recognizes the Powers of Self Governance and authorizes the Tribal Council to make decisions effecting the tribe and its members; and

**WHEREAS:** the Santee Sioux Nation Tribal Council decided to hire the law firm of Herman and Mermelstein, located at 3230 Stirling Road, Suite One, Hollywood, Florida 33021 on a contingency basis to pursue violations by the United States Government against the Tribe's trust assets within the government's control and signed a Contingency Fee Retainer Agreement dated June 5, 2003; and

**WHEREAS:** On July 28, 2003, Herman & Mermelstein filed a case captioned Santee Sioux Tribe of Nebraska v. Norton, Case No. 1:03-CV-61602 in the U.S. District Court For the District of Columbia; and

**WHEREAS:** Since June 5, 2003, the attorneys of Herman and Mermelstein have failed to Keep in contact with tribal representatives, having failed to contact the Tribe even once to discuss the progress of the case; and

**WHEREAS:** The Tribal Council has been informed that Herman and Mermelstein have decided to enter into settlement negotiations without consulting Santee Sioux Nation officials, without obtaining authority to enter into settlement discussions, or even informing the Tribal Council that it was contemplating entering into settlement discussions; and

**RESOLUTION: 2006-49**
**PAGE TWO OF TWO.**

**WHEREAS:** The Tribal Council has determined that the contract with Herman and Mermelstein is egregious, and with excessive fees in relation to the work being conducted and that it is in the best interests of the Tribe to terminate said contract, and that it is in the best interest of the Santee people to proceed with it claims with different legal counsel;

**BE IT RESOLVED** that the Tribal Council hereby terminates the June 5, 2003 Contingency Fee Retainer Agreement with Herman and Mermelstein, and directs Herman & Mermelstein to cease representation of the Santee Sioux Tribe.

## CERTIFICATION

This will certify that the foregoing resolution was considered at a meeting of the Santee Sioux Tribal Council of the Santee Sioux Tribe of Nebraska, dully called and held On the 19 day of June, 2006, and was adopted by a vote of 6 FOR 0 AGAINST and 1 NOT VOTING OR ABSENT. A quorum of 7 was present.

Dated this 22 day of June, 2006.

Roger Trudell, Chairman
SANTEE SIOUX TRIBAL COUNCIL

**ATTEST:**

FOR
Wyatt Thomas, Secretary
SANTEE SIOUX TRIBAL COUNCIL

**RECEIVED BY:**

Tammie Poitra, Superintendent
BIA Winnebago Agency