IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SANTEE SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1382L |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. Defendants' motion should be and hereby is GRANTED; and

2. Effective immediately, the litigation of this case shall be stayed until after Plaintiff has retained new counsel for the case and Plaintiff's new counsel has entered an appearance in the case.

3. Within 45 days of the entry of appearance by Plaintiff's new counsel, counsel for the parties shall confer with one another and consult with their respective clients or client agencies about the litigation of this case ("Conference and Consultation Period");

4. Within 30 days of the Conference and Consultation Period, the parties shall file a joint status report and proposed scheduling order with the Court regarding the case, the filing of the joint motion for protective order regarding the confidentiality of settlement discussions and the Joint Preliminary Status Report ("JPSR") pursuant to Appendix A of the Rules of the Court of Federal Claims, and any other relevant matters.

5. The clerk of the Court is hereby instructed to send a copy of this Order to Plaintiff at the following address:

Santee Sioux Nation
Council Headquarters / Museum
108 Spirit Lake Avenue West
Niobrara, NE 68760-7219

SO ORDERED.

Date: ______________________________ ______________________________________________

Chief Judge Edward J. Damich
United States Court of Federal Claims