# In the United States Court of Federal Claims

No. 05-1382 L

(Filed: July 11, 2006)

************************************
*
**SANTEE SIOUX TRIBE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On July 10, 2006, Defendant filed a Motion for Temporary Stay of Litigation, asking the Court to enter a temporary stay of the proceeding until Plaintiff retains new counsel. Defendant's motion is GRANTED.

The Court hereby cancels the July 17, 2006, deadline for the Joint Motion for Protective Order set forth in the order issued on June 12, 2006. The Court also cancels the September 19, 2006, deadline for the Joint Preliminary Status Report ("JPSR") and the September 28, 2006, Status Conference set forth in the scheduling order issued on June 16, 2006.

Upon filing of a motion to appear by Plaintiff's new counsel, the Court will issue an order setting a due date for the JPSR, to follow the motion by 45 days, and scheduling a preliminary status conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge