# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**SANTEE SIOUX TRIBE** CIVIL CASE NO. 05-1382L

Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

Defendant.

_________________________________/

**NOTICE OF DELIVERY OF ORDER**

COMES NOW, the law firm of HERMAN & MERMELSTEIN, P.A., hereby gives notice of delivery of Order dated July 5, 2006 to the following:

SANTEE SIOUX TRIBE
108 Spirit Lake Avenue West
Niobrara, NE 68760-7219

and

425 Frazier Avenue N Suite 2
Niobrara, Nebraska 68760

GREGORY A. YATES, ESQ.
Law Offices of Gregory A. Yates
16830 Ventura Boulevard
Suite 250
Encino, CA 91436

DATED THIS 12th day of July, 2006.

Respectfully submitted,

HERMAN & MERMELSTEIN, P.A.
Attorneys for Plaintiff
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33021
Telephone (305) 931-2200
Facsimile: (305) 931-0877

By: s/ Jeffrey M. Herman .
JEFFREY M. HERMAN, ESQ.
STUART S. MERMELSTEIN, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Jennifer Leigh Allaire**
U.S. Department of Justice
601 D Street, NW
Washington, DC 20008
(202) 305-0456
(202) 353-2021 (fax)
**jennifer.allaire@usdoj.gov.**

and sent via U.S. Mail to the following:

SANTEE SIOUX TRIBE
108 Spirit Lake Avenue West
Niobrara, NE 68760-7219

and

425 Frazier Avenue N Suite 2
Niobrara, Nebraska 68760

s/ Jeffrey M. Herman .