# In the United States Court of Federal Claims

No. 05-1382 L

(Filed: September 12, 2006)

| | |
|---|---|
| ********************************** | |
| | * |
| **SANTEE SIOUX TRIBE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On June 30, 2006, Plaintiff's counsel filed an Unopposed Motion to Withdraw as Plaintiff's counsel. On July 7, 2006, the Court ordered Plaintiff to obtain new counsel as required pursuant to RCFC 83.1(c)(8) on or before September 5, 2006. In the order, the Court stated that if a motion to substitute new counsel was not received by that date, the Court would dismiss the case for failure to prosecute. No motion from new counsel has been received.

Accordingly, the Court hereby ORDERS the Clerk of the Court to dismiss this case without prejudice.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge