# In the United States Court of Federal Claims

**No. 05-1382 L**

**SANTEE SIOUX TRIBE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed September 12, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**September 13, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.